In the Matter of CORPORATE EMPLOYMENT SERVICE, INC., Respondent, against PAUL MOSS, as Commissioner of Licenses of the City of New York, Appellant.

Argued May 27, 1941; decided June 19, 1941.

*William C. Chanler, Corporation Counsel (Francis J. Blouslein* and *Paxton Blair* of counsel), for appellant.

*William E. Vogel* and *J. Frederic Taylor* for respondent.

Order affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.